UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BARN LIGHT ELECTRIC COMPANY, LLC,**

    **Plaintiff,**

v.                      Case No.  6:23-cv-1165-CEM-EJK

**COCOWEB.COM INC. and JENNIFER BREY,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal (Doc. 9). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on September 21, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record